**COM.**

v.

**BARONY, N.**

**475 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–07–CR–0000649–2012, CP–07–CR–0000650–2012 (Blair)

Affirmed

**CORTES, C.**

v.

**CORTES, A.**

**611 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

97–002377–008 (Allegheny)

Affirmed

**COM.**

v.

**BIELSKI, N.**

**793 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–03–CR–0000269–2008 (Armstrong)

Affirmed

**COM.**

v.

**UPSHAW, M.**

**888 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–02–CR–0001280–2009 (Allegheny)

Affirmed

**COM.**

v.

**O'DONNELL, M.**

**909 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–02–CR–0008308–2013 (Allegheny)

Affirmed

**KRESS BROTHERS**

v.

**WILLIAMS, P.**

**930 WDA 2016**

Superior Court of Pennsylvania.

05/23/2017

GD15–010117 (Allegheny)

Reversed/Remanded